**Darrell J. WILLIAMS, a/k/a Abdullah Wajid Sami, Plaintiff–Appellant,**

v.

**Grace MITCHUM, Librarian at Lieber Correctional Institution; Michael Moore, Director of South Carolina Department of Corrections, Defendants–Appellees.**

No. 00–6783.

United States Court of Appeals, Fourth Circuit.

Submitted March 30, 2001.

Decided April 16, 2001.

Darrell J. Williams, pro se. Peter G. Nistad, Hood Law Firm, Charleston, SC, for appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Darrell J. Williams appeals the district court's order granting summary judgment in favor of Defendants in his 42 U.S.C.A.

§ 1983 (West Supp.2000) action.* We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Williams v. Mitchum,* No. CA–98–3033–4–12BF (D.S.C. filed Mar. 30, 2000; entered Mar. 31, 2000). Furthermore, we deny Williams' motion to reduce the fees due under 28 U.S.C.A. § 1915 (West Supp. 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Williams also assigns error to the magistrate judge's orders regarding certain discovery motions. We find no abuse of discretion in the disposition of these motions.